Alan Stuart Graf, OSB # 92317
alangraf@aracnet.com
PO Box 98
Summertown, TN 38483
Telephone: 931-964-3123
Fax: 931-964-3127
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KIMBERLY L. BUCHANAN,

    Plaintiff,

v.

JO ANNE B. BARNHART
Commissioner of Social Security,

    Defendant.

CV 05-1565-JO

ORDER FOR EAJA FEES

Based on the stipulation of the parties the Court orders the Commissioner to pay Plaintiff, care of Plaintiff's attorney, the sum of $6,0777.36 for attorney fees pursuant to the Equal Access to Justice Act.

DATED this 2nd, of Feb, 2007

United States District Court Judge

ORDER